**Electronically Filed**
**Supreme Court**
**SCWC-15-0000387**
**18-FEB-2016**
**10:34 AM**

SCWC-15-0000387

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

JOSEPH TUI, Jr., Respondent/Defendant-Appellee,
DIRECTOR OF HEALTH, DEPARTMENT OF HEALTH, STATE OF HAWAI'I,
Petitioner/Real Party-in-Interest-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000387; CR. NOS. 13-1-0371 AND 13-1-0556)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Pollack, JJ., and
Circuit Judge Ayabe in place of Wilson, J., recused)

Petitioner/Real Party-in-Interest-Appellant Director of
Health, Department of Health, State of Hawaii's application for
writ of certiorari filed on January 7, 2016, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard
in this case. Any party may, within ten days and pursuant to
Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for
retention of oral argument.

DATED: Honolulu, Hawai'i, February 18, 2016.

Debbie L. Tanakaya
for petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Bert I. Ayabe

